1  Mary Jo O'Neill,  AZ Bar No. 005924
   P. David Lopez, DC Bar No. 426463
2  T. Diana Chen, AZ Bar No. 021706
   Equal Employment Opportunity Commission
3  3300 N. Central Ave., Suite 690
   Phoenix, Arizona   85012
4  Telephone:  602-640-5033
   Fax:  602-640-5009
5  Email:  Mary.Oneill@eeoc.gov
            Patrick.Lopez@eeoc.gov
6            Diana.Chen@eeoc.gov

7  Attorneys for Plaintiff

8
                IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE DISTRICT OF ARIZONA
10

11  EQUAL EMPLOYMENT                    )
    OPPORTUNITY COMMISSION,             )  **CV**
12                                      )
                                        )  **COMPLAINT**
13              Plaintiff,              )  **(JURY TRIAL DEMANDED)**
                                        )
14                                      )
    vs.                                 )
15                                      )
                                        )
16  iPAYMENT, INC., a foreign corporation;  )
    NPMG ACQUISITION SUB, LLC, a        )
17  Tennessee corporation, d/b/a Principal
    Payment Solutions,
18
                Defendants.
19

20
                    **NATURE OF THE ACTION**
21
            This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the
22
    Civil Rights Act of 1991, 42 U.S.C. § 1981a, against Defendants iPayment, Inc.
23
    ("iPayment") and NPMG Acquisition Sub, LLC, doing business as Principal Payment
24
    Solutions ("NPMG"), to correct unlawful employment practices on the basis of race and
25
    to provide appropriate relief to Calvin Matthews, Tyrone Hunt, Michael Buckner, and a
26
    class of employees, who were adversely affected by such practices.   The Equal
27
    Employment Opportunity Commission ("EEOC" or "Commission") alleges that
28

                                        1

1  Defendants subjected Mssrs. Matthews, Hunt, and Buckner and a class of employees to

2  unwelcome racial harassment, including racial slurs and comments by Defendants'

3  managers and/or employees, which created a hostile work environment because of the

4  Charging Parties' race.

5  **JURISDICTION AND VENUE**

6       1.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331,

7  1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706

8  (f)(1) and (3)  of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §

9  2000e-5(f)(1) and (3); and Section 102  of the Civil Rights Act of 1991, 42 U.S.C. §

10  1981a.

11       2.     The employment practices alleged to be unlawful were committed within

12  the jurisdiction of the United States District Court for the District of Arizona.

13  **PARTIES**

14       3.     Plaintiff, the Equal Employment Opportunity Commission (the

15  "Commission"), is the agency of the United States of America charged with the

16  administration, interpretation and enforcement of Title VII, and is expressly authorized to

17  bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. §2000e-5(f)(1) and

18  (3).

19       4.     Defendant iPayment, Inc., a Delaware corporation, has continuously been

20  doing business in the state of Arizona and has at all relevant times had at least fifteen

21  employees.

22       5.     At all relevant times, Defendant iPayment has continuously been an

23  employer engaged in an industry affecting commerce within the meaning of Section

24  701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

25       6.     Defendant NPMG Acquisition Sub, ("NPMG") a Tennessee corporation,

26  has continuously been doing business in the state of Arizona and has at all relevant times

27  had at least fifteen employees.

28

7.     At all relevant times, Defendant NPMG has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e (b), (g) and (h).

## STATEMENT OF CLAIMS

8.     More than thirty days prior to the institution of this lawsuit, Charging Parties Calvin Matthews, Tyrone Hunt, and Michael Buckner each filed a Charge of Discrimination with the Commission, alleging that Defendants violated Title VII.  All conditions precedent to the institution of this lawsuit have been fulfilled.

9.     Charging Parties Matthews, Hunt, Buckner and a class of employees.were employed by Defendants iPayment and NPMG.

10.     Since at least December 2004, Defendants iPayment and NPMG have engaged in unlawful employment practices at their Phoenix, Arizona facility in violation of Section 703 (a) of Title VII, 42 U.S.C. § 2000e-2(a).  These practices include subjecting Mssrs Matthews, Hunt, and Buckner and a class of employees to unwelcome racial harassment, including racial comments and slurs by Defendants' managers and/or employees, which created a hostile work environment because of race.

11.     The effect of the practices complained of in paragraph 10 above has been to deprive Calvin Matthews, Tyrone Hunt, Michael Buckner, and a class of employees of equal employment opportunities and otherwise adversely affect their status as employees because of their race, Black.

12.     The unlawful employment practices complained of in paragraphs 10 through 11 above were intentional.

13.     The unlawful employment practices complained of in paragraphs 10 through 11 above were done with malice or with reckless indifference to the federally protected rights of Calvin Matthews, Tyrone Hunt, Michael Buckner, and a class of employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

1    A.    Grant a permanent injunction enjoining Defendants, their officers,

2 successors, assigns, and all persons in active concert or participation with them, from

3 engaging in any employment practice which discriminates against any individual on the

4 basis of race.

5    B.    Order Defendants to institute and carry out policies, practices, and

6 programs which provide equal employment opportunities for applicants and employees

7 regardless of race and which eradicate the effects of their past and present unlawful

8 employment practices.

9    C.    Order Defendants to make whole Calvin Matthews, Tyrone Hunt, Michael

10 Buckner, and a class of employees by providing compensation for past and future non-

11 pecuniary losses resulting from the unlawful practices described in paragraphs 10 through

12 13 above, including emotional pain, suffering, inconvenience, mental anguish, and loss of

13 enjoyment of life, in amounts to be determined at trial.

14    D.    Order Defendants to pay Calvin Matthews, Tyrone Hunt, Michael Buckner,

15 and a class of employees punitive damages for their malicious conduct and/or reckless

16 indifference described and referenced in paragraphs 10 through 13 above in amounts to

17 be determined at trial.

18    E.    Grant such further relief as the Court deems necessary and proper in the

19 public interest.

20    F.    Award the Commission its costs in this action.

21                    **JURY DEMAND**

22    The Commission requests a trial by jury on all questions of fact raised by its

23 complaint.

24    DATED this 30th day of September, 2008.

25

26                    RONALD S. COOPER
                     General Counsel

27

28                    EQUAL EMPLOYMENT
                     OPPORTUNITY COMMISSION

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1801 L Street, N.W.
Washington, D.C.  20507

s/ Mary Jo O'Neill_____
MARY JO O'NEILL
Regional Attorney

s/P. David Lopez_____
P. DAVID LOPEZ
Supervisory Trial Attorney

s/T. Diana Chen_____
T. DIANA CHEN
Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Phoenix District Office
3300 N. Central Ave., Suite 690
Phoenix, Arizona  85012
(602) 640-5033
Attorneys for Plaintiff